CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 12 2005

JOHN F. CORCORAN, CLERK
BY:
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DARRYL S. HARRIS, ) | |
| 　　Petitioner, ) | Civil Action No. 7:05-cv-00615 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| GENE JOHNSON, DIRECTOR, ) | By: Hon. James C. Turk |
| 　　Respondent. ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the above referenced petition for writ of habeas corpus, pursuant to 28 U.S.C. §2254, shall be and hereby is **DISMISSED** without prejudice for failure to exhaust state court remedies, and the action is stricken from the active docket of the court.

The Clerk is directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

ENTER:　　This 7th day of October, 2005.

　　　　　　　　　　　　　　　　　　/s/ James C. Turk
　　　　　　　　　　　　　　　　　　Senior United States District Judge